# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2644

_____

Johnnie Williams,                              *
                                               *
            Appellant,                         *
                                               *     Appeal from the United States
      v.                                       *     District Court for the
                                               *     Western District of Missouri.
University of Missouri,                        *
                                               *     [UNPUBLISHED]
            Appellee.                          *

_____

Submitted: October 26, 2007
Filed: October 29, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

        Johnnie Williams appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the University of Missouri. Having carefully reviewed the record and considered Williams's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

        [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.